In the Matter of the Claim of LOUIS ZELIZER et al., Respondents, v. PROSPECT INN et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent. — STALEY, JR., J.

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Staley, Jr., J.